UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HAMES, | |
|---|---|
| Plaintiff, | Docket No. 3:19-cv-6499 |
| - against - | JURY TRIAL DEMANDED |
| THE ROXIE THEATER | |
| Defendant. | |

## COMPLAINT

Plaintiff William Hames ("Hames" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant The Roxie Theater ("Roxie" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the rock band Poison, owned and registered by Hames, a California based professional photographer. Accordingly, Hames seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in California and is registered with the California Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Hames is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 5700 Laurel Canyon Blvd. Valley Village, California 91607.

6. Upon information and belief, Roxie is a foreign business corporation company organized and existing under the laws of the State of California, with a place of business at 3125 16th Street, San Francisco California 94103. Upon information and belief, Roxie is registered with the California Department of Corporations to do business in California. At all times material hereto, Roxie has owned and operated a website at the URL: www.Roxie.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Hames photographed the rock band Poison (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Hames is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-168-643.

**B. Defendant's Infringing Activities**

10. Roxie ran the Photograph on the Website to sell tickets to a show. See: https://www.roxie.com/ai1ec_event/sf-indie-fest-anti-valentines-day-power-ballad-sing-long/. The article featured the Photograph. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Roxie did not license the Photograph from Plaintiff for its article, nor did Roxie have Plaintiff's permission or consent to publish the Photograph on its Website.

12. Hames first discovered the use of the Photograph on the Website in March 2019.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
## (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Roxie infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Roxie is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Roxie have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Roxie be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
October 9, 2019

                                                      LIEBOWITZ LAW FIRM, PLLC

                                                      By: /s/Richard Liebowitz
                                                          Richard P. Liebowitz
                                                    11 Sunrise Plaza, Suite 305
                                                    Valley Stream, NY 11580
                                                    Tel: (516) 233-1660
                                                    RL@LiebowitzLawFirm.com

                                                    *Attorneys for Plaintiff William Hames*