# EXHIBIT B

# ROXIE
SAN FRANCISCO'S ICONIC NONPROFIT CINEMA

ABOUT   CALENDAR   VISIT   MEMBERSHIP   PROGRAMS   SUPPORT   FOR FILMMAKERS   RENTALS

**LONGSHOT'S LOST FRISCO:
PETULIA + PACIFIC HEIGHTS**
Thursday, October 10
Presented by The Last Black Man in San
Francisco Director Joe Talbot and Fritzi
Adelman

**PEDRO Y ANTONIO: THE EARLY YEARS**
Saturday, October 19
LABYRINTH OF PASSION + LAW OF DESIRE
In anticipation of Pedro Almodóvar's
**PAIN & GLORY**, starting Nov 22

**FLOATING FEATURES – CINEMA ON THE
BAY**
Starts Friday, October 18-20
Beetlejuice, So I Married an Axe Murderer,
and Nightmare Before Christmas on a
BOAT!

PLAYING THIS WEEK

## SF Indie Fest: Anti-Valentine's Day Power Ballad Sing A Long

SHOWTIMES / BUY TICKETS
February 14 only



Some of us just can't stand Valentine's Day. Fortunately, there is an entire genre of music made just for our pain, and it just happens to also be the most badass music ever: POWER BALLADS. We'll sing, we'll hold lighters in the air and sway, we'll pound our fists at the sky in defiance of those who would dare not love us. Featuring the music of Journey, Guns 'n Roses, Bon Jovi, Warrant, and many many more.



**LONGSHOT'S LOST FRISCO: PETULIA + PACIFIC HEIGHTS**
Thursday, October 10
Presented by The Last Black Man in San Francisco Director Joe Talbot and Fritzi Adelman



**PEDRO Y ANTONIO: THE EARLY YEARS**
Saturday, October 19
LABYRINTH OF PASSION + LAW OF DESIRE
In anticipation of Pedro Almodóvar's
**PAIN & GLORY**, starting Nov 22



**FLOATING FEATURES – CINEMA ON THE BAY**
Starts Friday, October 18-20
Beetlejuice, So I Married an Axe Murderer, and Nightmare Before Christmas on a BOAT!

PLAYING THIS WEEK

# SF Indie Fest: Anti-Valentine's Day Power Ballad Sing A Long

**3**

SHOWTIMES / BUY TICKETS
February 14 only



Some of us just can't stand Valentine's Day. Fortunately, there is an entire genre of music made just for our pain, and it just happens to also be the most badass music ever: POWER BALLADS. We'll sing, we'll hold lighters in the air and sway, we'll pound our fists at the sky in defiance of those who would dare not love us. Featuring the music of Journey, Guns 'n Roses, Bon Jovi, Warrant, and many many more.



Today, Wednesday, October 09

PROMARE - 7:00 PM

LOW TIDE - 5:00 PM

MEMORY: THE ORIGINS OF ALIEN - 9:30
PM

Serge Gainsbourg's JE T'AIME MOI NON
PLUS - 8:55 PM

THE WOMAN WHO LOVES GIRAFFES -
7:00 PM

Tomorrow, Thursday, October 10

LOW TIDE - 5:00 PM

THE WOMAN WHO LOVES GIRAFFES -
9:00 PM

A NIGHT TO FORGET: LONGSHOT'S LOST
FRISCO - 7:00 PM

Happy Birthday, Wanda June - 6:30 PM

Friday, October 11

PROMARE - 7:00 PM

MEMORY: THE ORIGINS OF ALIEN - 9:30
PM

Hola Mexico: LAS NIÑAS BIEN (The Good
Girls) - 6:45 PM

MILLENNIUM ACTRESS - 9:30 PM

THE DEAD CENTER - 4:45 PM

Saturday, October 12

PROMARE - 8:30 PM

THE WOMAN WHO LOVES GIRAFFES -
2:00 PM

Arab Film Festival: AKASHA - 3:00 PM

Arab Film Festival: QUEER LENS:
LGBTQ+ SHOWCASE - 8:30 PM

Arab Film Festival: THE DAY I LOST MY
SHADOW - 6:30 PM

Arab Film Festival: WESTERN ARABS -
4:45 PM

Hola Mexico: GUIE'DANI'S NAVEL (Xquipi'
Guie'dani) - 4:00 PM

Hola Mexico: SI YO FUERA TÚ (If I Were
You) - 6:30 PM

Shorts 1: ASWAT JADIDA أصوات جديدة (new
voices) - 12:30 PM

Sunday, October 13

PROMARE - 6:50 PM

MEMORY: THE ORIGINS OF ALIEN - 9:10
PM

23rd Arab Film Festival - 2:50 PM

Arab Film Festival: AMERICAN MUSLIM -
1:00 PM

Arab Film Festival: FLESH OUT - 4:45 PM

Arab Film Festival: GAZA FIGHTS FOR
FREEDOM - 2:50 PM

**SF Indie Fest: Anti-Valentine's Day Power Ballad Sing A Long: Upcoming Showtimes**

Arab Film Festival: SOFIA (6:45 - صوفيا) PM

Arab Film Festival: TLAMESS - 8:30 PM

Hola Mexico: OCHO DE CADA DIEZ (EIGHT OUT OF TEN) - 4:30 PM

MONELLE + SHADOW AND LIGHT - 12:30 PM

Monday, October 14
MILLENNIUM ACTRESS - 9:15 PM
THE DEAD CENTER - 4:00 PM
Arab Film Festival: SHORTS 2 Ruya رؤيا (visions) - 7:45 PM
Arab Film Festival: THE SWING - 6:00 PM
AIM WEST INTERNATIONAL FILM FESTIVAL - 6:30 PM

Tuesday, October 15
THE DEAD CENTER - 4:00 PM
Arab Film Festival: ERASED,___ASCENT OF THE INVISIBLE (رحلة الصعود إلى _____ ،رسُن المرئيّ) - 6:00 PM
Arab Film Festival: SHORTS 4 FROM THE WEST BANK - 7:45 PM
Berlin & Beyond Autumn Showcase 2019 - 6:00 PM, 9:30 PM

Wednesday, October 16
Arab Film Festival: DIVINE WIND - 8:00 PM
Arab Film Festival: GAZA - 6:00 PM

## JOIN THE NEWSLETTER! GREAT FILMS AWAIT YOU

**Email**

Subscribe

The Roxie Theater is a 501 (c)(3) nonprofit organization supported in part by Grants for the Arts, the Northern California Community Loan Foundation, the San Francisco Arts Commission, the Thendara Foundation, the Voluntary Arts Contribution Fund, and our members and donors.

DONATE
BECOME A MEMBER
VOLUNTEER
SUBSCRIBE

3117 16th Street, San Francisco, CA
(415) 863-1087
[Map]

Search for Movies...

ABOUT    CALENDAR    VISIT    MEMBERSHIP    PROGRAMS    SUPPORT    FOR FILMMAKERS    RENTALS

© 2019 Roxie Theater
All rights reserved.

HelloARI