UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------- x
WILLIAM HAMES,                        :   ECF Case
         Plaintiff,          :
                                   :   Case No.  3:19-cv-6499
    -against-                     :
                                   :
THE ROXIE THEATER,                    :
         Defendant.          :
                                   :
------------------------------------- x

## NOTICE OF SETTLEMENT

The parties have reached a settlement and will file a stipulation of dismissal within the next 30 days.

Dated: February 3, 2020

                                           LIEBOWITZ LAW FIRM, PLLC

                                           By: /s/Richard Liebowitz
                                           Richard P. Liebowitz
                                           11 Sunrise Plaza, Suite 305
                                           Valley Stream, NY 11580
                                           Tel: (516) 233-1660
                                           RL@LiebowitzLawFirm.com

                                           *Attorney for Plaintiff William Hames*